IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONNIE NICHOLS | ) |
| | ) |
| v. | ) NO. 3:09-0846 |
| | ) JUDGE CAMPBELL |
| WILLIS OF TENNESSEE, INC. | ) |

ORDER

The parties have filed a Stipulation of Dismissal (Docket No. 14), indicating that all matters in dispute herein have been resolved. Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE